JANUARY 16, 1804.

# William Robinson *v.* John Lillard's Ex'rs.

*·Upon a writ of error to reverse a judgment of the Franklin Circuit Court.*

Matter pleadable in abatement, but which was not pleaded, can not be assigned for error.

The first error assigned is matter which should have been pleaded in abatement, and can not now be assigned for error, and the other error assigned must be cured by the statute of jeofails. Therefore, it is considered by the court, that the judgment aforesaid be affirmed, that the defendant may proceed to have the benefit of the same in the court below, and recover of the plaintiff ten per centum damages on the amount thereof, together with his costs in this behalf expended, which is ordered to be certified to the said court.

---

JANUARY 16, 1805.

# John Loudon *v.* The Commonwealth.

*Upon a writ of error to reverse a judgment of the Circuit Court of Henry county.*

Judgment upon a presentment for a statutory offense which does not pursue the words of the law, nor sufficiently describe any legal offense, can not be sustained.

The presentment of the grand jury does not pursue the words of the law, nor sufficiently describe any legal offense. Therefore, it is considered by the court, that the judgment aforesaid be reversed and set aside, which is ordered to be certified to the said court.